ABIGAIL HAINES, Appellant, v. ARTHUR J. LEONARD, Respondent.— Judgment unanimously affirmed, with costs.

JULIUS KAYSER & Co., Plaintiff, v. RICHARD ELSEMILLER, Individually and as President of the Silk Glove Cutters' Union, Local No. 888, Amsterdam, N. Y., of the United Textile Workers of America, and Others. MAURICE DUNCAN and PAUL H. DOTY, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of HAROLD A. GORDON, an Attorney.—Report of the official referee confirmed, and the complaint dismissed. All concur, except John M. Kellogg, P. J., and Lyon, J., dissenting.

In the Matter of the Probate of the Last Will and Testament of ELIZABETH CLARKSON, Deceased. ANNIE CLARKSON, Appellant; EMILIE V. MOORE, Respondent.— Motion to dismiss appeal denied. Motion to stay proceeding pending appeal denied. Order unanimously affirmed, with ten dollars costs and disbursements; witness to be examined pursuant to the original order, and the modification thereof, at her residence, in the city of New York, on the 17th day of December, 1919, at eleven o'clock in the forenoon.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM H. VAN PATTEN, Respondent, for Compensation under the Workmen's Compensation Law, v. ROCHESTER, SYRACUSE AND EASTERN RAILROAD COMPANY, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM CHARLES BECKER and Others, Respondents, for Compensation for the Death of LESTER C. BECKER, Deceased, under the Workmen's Compensation Law, v. ACHESON GRAPHITE COMPANY, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and matter remitted to the Commission for consideration of claim filed. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SARAH CAMPBELL, Respondent, for Compensation under the Workmen's Compensation Law, v. YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF BROOKLYN, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNIE McCAFFERY, Respondent, for Compensation under the Workmen's Compensation Law, v. E. I. DU PONT DE NEMOURS POWDER COMPANY, INC., Employer, Appellant.—Award reversed and claim dismissed. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTHONY DI FAZIO, Respondent, for Compensation under the Workmen's Compensation Law, Claimant, v. LACKAWANNA BRIDGE COMPANY, Employer, Respondent, and THE EMPLOYERS' MUTUAL INSURANCE COMPANY, Insurer, Appellant.— Award unanimously affirmed.